Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPHINE PARKAS v. PETER PARKAS.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY SEMANCHUCK v. FIFTH AVENUE AND 37TH STREET CORPORATION et al. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LEO J. RYAN v. PHOENIX MUTUAL LIFE INSURANCE COMPANY.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

COCOA TRADING CORPORATION v. BAYWAY TERMINAL CORPORATION et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PATSY GENTILALA v. THE CITY OF NEW YORK et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PATSY GENTILALA v. THE CITY OF NEW YORK et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HARRY ERIKSSON v. REFINERS EXPORT COMPANY, INC., Impleaded with Another.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

YECKES-EICHENBAUM, INC. v. WILSON MCCARTHY et al.— Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of MORTON GURYAN, as Administrator of the Estate of ISIDOR GURYAN, Deceased. MORTON GURYAN v. HAZEL NIERENBERG.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ARTHUR H. STOIKE v. THE FIRST NATIONAL BANK OF THE CITY OF NEW YORK. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EDITH S. CURRIER v. CHARLES G. CURRIER et al. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDITH S. CURRIER v. CHARLES G. CURRIER et al. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

(October 23, 1942.)

SEBASTIAN DECARO, Respondent, v. THE CITY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.